# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Petition for Disciplinary Action against Kristi D. McNeilly, a Minnesota Attorney, Registration No. 341265. | 22-mc-61 PJS<br><br>**ORDER OF SUSPENSION** |

Local Rule 83.5 of this Court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. By an order of the Minnesota Supreme Court, filed on September 9, 2022, Kristi D. McNeilly, 8362 Tamarack Village, Suite 119-276, Woodbury, MN 55125 who had been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, has been temporarily suspended from the practice of law before the courts of the State of Minnesota, effective September 9, 2022.

Kristi D. McNeilly has been admitted to practice as an attorney in this Court and **IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(d) of this Court that Kristi D. McNeilly, be and is hereby automatically suspended from the practice of law, effective September 9, 2022, and shall be ineligible to practice law before this Court during the same period that she is prohibited from practicing law by the Minnesota Supreme Court. Kristi D. McNeilly must notify each client being represented before this Court as of September 9, 2022 of her suspension.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this Order upon Kristi D. McNeilly by mail and file proof of such service. This Order shall serve as the notice of reciprocal discipline that is to be provided by the Clerk of Court pursuant to

- 2 -

Local Rule 83.6(i)(1).  The Clerk of this Court is further directed to disable Kristi D. McNeilly's ECF account on the effective date of her suspension so that she will be unable to file in any case, but that she will continue to receive notices of electronic filings (NEFs) in her cases at this email address: **kristi@mcneillylaw.com.**  Kristi D. McNeilly must immediately notify the Clerk in writing if a different email address should be used for noticing purposes in ECF.  Kristi D. McNeilly must continue to notify her clients about the status of their cases in this Court until the client obtains other counsel or the client has made a clear intention to proceed *pro se*.

DATED: September 15, 2022  
at Minneapolis, Minnesota.

s/Patrick J. Schiltz  
PATRICK J. SCHILTZ  
Chief Judge  
United States District Court