**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kristi D. McNeilly
    8362 Tamarack Village
    Suite 119-276
    Woodbury, MN 55125

    9590 9402 4439 8248 1158 18

2. Article Number (Transfer from service label)

    7018 1830 0002 1141 9989

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☒ Agent
                     ☐ Addressee

B. Received by (Printed Name): Tow Fitz

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 4439 8248 1158 18

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

U.S. District Court
Clerk's Office
316 N. Robert Street - Suite 100
St. Paul, MN 55101

RECEIVED BY MAIL
SEP 28 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

22mc61PJS

SCANNED
SEP 26 2022
U.S. DISTRICT COURT ST. PAUL